UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATON CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> MAGELLAN BEHAVIORAL HEALTH SYSTEMS, LLC, *et al.*, <br><br> Defendants. | Case No.:  3:21-cv-1868-LL-AHG <br><br> **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The Court held an Early Neutral Evaluation ("ENE") in this matter on January 11, 2022 before Magistrate Judge Allison H. Goddard. ECF No. 13. Although the case did not settle at the ENE, the Court determined that further settlement discussions may be fruitful after the parties have exchanged additional discovery. Accordingly, the ENE and Case Management Conference ("CMC") are **CONTINUED** to **March 11, 2022** at **9:30 a.m.** before Judge Goddard.

Once more, the ENE and CMC will take place via videoconference using the Court's official Zoom.gov account. The parties are instructed to review the Court's initial Order setting the ENE and CMC (ECF No. 6) for technical guidance regarding the use of Zoom.

As discussed with the parties during the first ENE, the parties should promptly submit a stipulated protective order for the Court's review and consideration to facilitate the exchange of confidential documents and the Court's ability to review the same. The parties shall exchange all documents identified in their initial disclosures, as well as any claims files, explanation of benefit statements, documentation of payments, any documentation regarding the authorization calls, any relevant written correspondence, transcripts or recordings of calls to verify benefits or obtain authorization, and a copy of the plan. Plaintiff has also requested a copy of the administrative services agreement between Defendant Magellan Behavioral Health Systems, LLC and Comcast, which may be produced subject to an "attorney eyes only" designation if counsel agree to the production after meeting and conferring. No later than **February 18, 2022**, the parties must also lodge the documents they have exchanged with the Court at efile_goddard@casd.uscourts.gov.

The parties may, but are not required to, submit supplemental confidential ENE statements to the email address provided above by the same deadline, explaining whether and how their review of the documents has affected their respective positions on settlement. Any such statement is limited to **five (5) pages or less**.

In the event the case does not settle at the continued ENE, the Court will immediately thereafter hold a CMC pursuant to Fed. R. Civ. P 16(b). Appearance of the parties at the

CMC is not required. The parties may, but are not required to, submit an updated Joint Case Management Statement for the Court's consideration no later than **March 4, 2022**. Otherwise, the Court will rely on the parties' existing Joint Case Management Statement.

All other requirements set forth in the Court's prior order setting the first ENE (ECF No. 6) (e.g., requirements for requesting a continuance, the required participation of parties with full settlement authority, the participants' obligations to conduct themselves as though they are appearing in person, etc.) remain in place, and are incorporated by reference as though fully set forth herein.

**IT IS SO ORDERED.**

Dated: January 13, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge