UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATON CENTER, INC.,<br><br>                                  Plaintiff,<br><br>v.<br><br>MAGELLAN BEHAVIORAL HEALTH SYSTEMS, LLC, and DOES 1 through 10,<br><br>                                  Defendants. | Case No.:  21cv1868-LL-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED ANSWER [ECF No. 18]; AND**<br><br>**(2) DIRECTING DEFENDANTS TO FILE FIRST AMENDED ANSWER ON THE DOCKET** |

   This matter is before the Court on the parties' Joint Motion for Leave to File Amended Answer to Plaintiff's Complaint. ECF No. 18. Defendants' proposed First Amended Answer seeks to add affirmative defenses relating to the Employee Retirement Income Security Act ("ERISA") and the statute of frauds. *Id.* at 3-4; *see also* ECF No. 18-2 at 11.

   In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013*) (citing* Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so

requires.") (internal citation and quotation omitted). Further, a party may amend its pleading without a court order where the opposing party consents in writing. Fed. R. Civ. P. 15(a)(2).

Considering the broad policy favoring amendments to the pleadings and the joint nature of the request for leave to amend, the Court **GRANTS** the parties' Joint Motion. ECF No. 18. The First Amended Answer is deemed filed and served as of the date of this Order. Defendants are **ORDERED** to file on the docket a clean version of the First Amended Answer on or before **March 4, 2022**.

**IT IS SO ORDERED.**

Dated:  March 1, 2022

_____
Honorable Linda Lopez
United States District Judge